## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/03/16 |
| NAME OF SERVER *(PRINT)* Jeffrey L. Dashevsky, Esquire | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Jason Meares, Esquire signed the Waiver of Service of Summons on February 10, 2016. Delivery of the Waiver was made by way of Fed-Ex overnight delivery on February 3, 2016.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Waived | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/24/16
             *Date*

*Signature of Server*

10 Grove Street, Haddonfield, NJ 08033
*Address of Server*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LITCOFSKY and<br>HARVEY LITCOFSKY, h/w,<br><br>　　　　　　　Plaintiffs<br><br>　　v.<br><br>FRONTIER AIRLINES, INC.<br><br>　　　　　　　Defendant | CIVIL ACTION<br><br><br><br>No.: 3:16-cv-0040-MLC-DEA |

## WAIVER OF SERVICE OF SUMMONS

TO:　Jeffrey L. Dashevsky, Esquire
　　　Attorney for Plaintiffs, Susan Litcofsky and Harvey Litcofsky

　　I have received your request to waive service of a summons in this action along with a copy of the Complaint, two (2) copies of this waiver form, and a prepaid means of returning one (1) signed copy to you.

　　I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case.

　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to the absence of a summons or of service.

　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from February 2, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

DATE: 2/10/16　　　　　　　BY: _____
　　　　　　　　　　　　　　NAME:

　　　　　　　　　　　　　　On behalf of Defendant, Frontier Airlines, Inc.