# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
SUSAN LITCOFSKY and    CIVIL ACTION
HARVEY LITCOFSKY, h/w,

       Docket No.: 3:16-CV-00404-MLC-DEA

    v.

FRONTIER AIRLINES, INC.    **FRONTIER AIRLINES, INC.**
---------------------------------------------------------X    **RULE 7.1 DISCLOSURE**

Defendant FRONTIER AIRLINES, INC. ("Frontier) by and through its attorneys, BROWN GAVALAS & FROMM LLP, as and for its Rule 7.1 Disclosure, states as follows:

1. The parent company of Frontier Airlines, Inc. is Frontier Group Holdings, Inc.

2. No publicly held corporation owns more than 10% of the outstanding shares of Frontier Airlines, Inc.'s common stock.

    Respectfully Submitted,

    **BROWN GAVALAS & FROMM LLP**
    Attorneys for Defendant,
    Frontier Airline, Inc.

By: _____s/_____
    Timothy G. Hourican (TH 5559)
    1118 Clifton Ave.
    Clifton, New Jersey 07013
    Tel.: (973)779-1116
    tgh@browngavalas.com