UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SUSAN LITCOFSKY, et al., | : | CIVIL ACTION NO. 16-404 (MLC) |
| Plaintiffs, | : | **O R D E R** |
| v. | : | |
| FRONTIER AIRLINES, INC., | : | |
| Defendant. | : | |

For the reasons set forth in the Court's Memorandum Opinion, dated April 25, 2016, **IT IS** on this 25th day of April, 2016, **ORDERED** that the Court's Order to Show Cause **(dkt. 6)** is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court **TRANSFER THIS ACTION** to the United States District Court for the Southern District of Florida; and it is further

**ORDERED** that the Clerk of the Court designate this action insofar as it exists in the United States District Court for the District of New Jersey as **CLOSED**.

   s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge