# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:16−cv−00404−MLC−DEA

LITCOFSKY et al v. FRONTIER AIRLINES, INC.  
Assigned to: Judge Mary L. Cooper  
Referred to: Magistrate Judge Douglas E. Arpert  
Cause: 28:1332 Diversity−Personal Injury  

Date Filed: 01/22/2016  
Date Terminated: 04/25/2016  
Jury Demand: Defendant  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

**Plaintiff**

**SUSAN LITCOFSKY**  represented by  **JEFFREY L. DASHEVSKY**
DASHEVSKY, HORWITZ, DISANDRO, KUHN, & NOVELLO, ESQS.
10 GROVE STREET
HADDONFIELD, NJ 08033
(856) 354−1700
Email: fstipa@dashevskylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HARVEY LITCOFSKY**  represented by  **JEFFREY L. DASHEVSKY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FRONTIER AIRLINES, INC.**  represented by  **TIMOTHY G. HOURICAN**
BROWN GAVALAS & FROMM LLP
1118 CLIFTON AVENUE
CLIFTON, NJ 07013
(973) 779−1116
Email: tgh@browngavalas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2016 | Ï 1 | COMPLAINT against FRONTIER AIRLINES, INC. ( Filing and Admin fee $ 400 receipt number 6877612), filed by SUSAN LITCOFSKY, HARVEY LITCOFSKY.(km) (Entered: 01/25/2016) |
| 01/22/2016 | Ï | CASE REFERRED to Arbitration. (km) (Entered: 01/25/2016) |
| 01/25/2016 | Ï 2 | SUMMONS ISSUED as to FRONTIER AIRLINES, INC. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *Karen McGonigle* (km) (Entered: 01/25/2016) |

| | | |
|---|---|---|
| 03/01/2016 | Ï 3 | WAIVER OF SERVICE Returned Executed by SUSAN LITCOFSKY. FRONTIER AIRLINES, INC. waiver sent on 2/3/2016, answer due 4/4/2016. (DASHEVSKY, JEFFREY) (Entered: 03/01/2016) |
| 04/04/2016 | Ï 4 | ANSWER to Complaint with JURY DEMAND by FRONTIER AIRLINES, INC..(HOURICAN, TIMOTHY) (Entered: 04/04/2016) |
| 04/05/2016 | Ï | CLERK'S QUALITY CONTROL MESSAGE – Please be advised, pursuant to Fed. R. Civ. Pro. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (mmh) (Entered: 04/05/2016) |
| 04/05/2016 | Ï 5 | NOTICE of Hearing: Initial Conference set for 5/12/2016 10:00 AM in Trenton – Courtroom 6W before Magistrate Judge Douglas E. Arpert. Attention Counsel: The Joint Discovery Plan is due (7) days prior to the conference. Please do not e–file. Please e–mail this document to dea_orders@njd.uscourts.gov (ce3) (Entered: 04/05/2016) |
| 04/05/2016 | Ï 6 | ORDER TO SHOW CAUSE why the action should not be transferred to the United States District Court for the Southern District of Florida. If responding, Plaintiffs' response is due 4/15/2016; Defendant's response is due 4/22/2016. This OTSC will be decided on 4/25/2016 or soon thereafter. Signed by Judge Mary L. Cooper on 4/5/2016. (mmh) (Entered: 04/05/2016) |
| 04/05/2016 | Ï 7 | Corporate Disclosure Statement by FRONTIER AIRLINES, INC. identifying Frontier Group Holdings, Inc. as Corporate Parent.. (HOURICAN, TIMOTHY) (Entered: 04/05/2016) |
| 04/15/2016 | Ï 8 | RESPONSE TO ORDER TO SHOW CAUSE by SUSAN LITCOFSKY. (DASHEVSKY, JEFFREY) (Entered: 04/15/2016) |
| 04/22/2016 | Ï 9 | RESPONSE TO ORDER TO SHOW CAUSE by FRONTIER AIRLINES, INC.. (HOURICAN, TIMOTHY) (Entered: 04/22/2016) |
| 04/25/2016 | Ï 10 | MEMORANDUM OPINION filed. Signed by Judge Mary L. Cooper on 4/25/2016. (mmh) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 11 | ORDER that the Court's Order to Show Cause (dkt. 6 ) is GRANTED and that the Clerk transfer this action to the United States District Court for the Southern District of Florida. Signed by Judge Mary L. Cooper on 4/25/2016. (mmh) (Entered: 04/25/2016) |