UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-60917-CIV-ALTONAGA/O'Sullivan

**SUSAN LITCOFSKY**, *et al.*,

    Plaintiffs,
v.

**FRONTIER AIRLINES, INC.**,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on the Order transferring this matter to the Southern District of Florida [ECF No. 11], entered by the United States District Court, District of New Jersey. The parties' attorneys, Jeffrey L. Dashevsky, and Timothy G. Hourican, are not members in good standing of the United States District Court for the Southern District of Florida Bar pursuant to the requirements of Administrative Order 2012-004 and the Special Rules Governing the Admission and Practice of Attorneys in the U.S. District Court for the Southern District of Florida. Further, Special Local Rule 4(a) in part provides: "Except when an appearance *pro hac vice* is permitted by the Court, only members of the bar of this Court may appear as attorneys in the Courts of this District." *Id.* As the referenced attorneys are not in good standing, they may not practice before the Court.

Further, as a corporation, Defendant, Frontier Airlines, Inc. is an artificial entity not permitted to appear *pro se*; it must be represented by licensed counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even where the person seeking to represent the corporation is its president and major stockholder. *See id.*

CASE NO. 16-60917-CIV-ALTONAGA/O'Sullivan

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant, Frontier Airlines, Inc. shall no later than **May 10, 2016**, retain counsel permitted to practice before the Court and have new counsel file a notice of appearance. Failure by Defendant to comply will result in an order transferring this action back to the District of New Jersey, where Plaintiffs originally filed this suit and prefer to remain. Defendant's attorney, Timothy G. Hourican, shall, no later than **April 28, 2016**, serve Defendant with a copy of this Order.

2. Plaintiffs, Susan Litcofsky and Harvey Litcofsky, shall no later than **May 10, 2016**, either: (a) retain counsel permitted to practice before the Court, and have new counsel file a notice of appearance, or (b) file a notice of intent to proceed *pro se*. Failure to do so may result in a dismissal of this action without further notice. Plaintiffs' attorney, Jeffrey L. Dashevsky, shall, no later than **April 28, 2016**, serve Plaintiffs with a copy of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of April, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record