UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60917-CIV-ALTONAGA/O'Sullivan

**SUSAN LITCOFSKY**, *et al.*,

    Plaintiffs,

v.

**FRONTIER AIRLINES, INC.**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties have advised that they have amicably settled this matter. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal with the Court within thirty (30) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of May, 2016.

                                                 *[signature]*
                                        **CECILIA M. ALTONAGA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record