UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60917-CIV-ALTONAGA/O'Sullivan

**SUSAN LITCOFSKY**, *et al.*,

    Plaintiffs,

v.

**FRONTIER AIRLINES. INC.**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. The Order Administratively Closing Case [ECF No. 19], entered May 9, 2016, allowed the parties thirty (30) days, by June 8, 2016, to file a stipulation for dismissal. The parties have failed to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is dismissed with prejudice.

**DONE AND ORDERED** in Miami, Florida, this 9th day of June, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record